UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL PAPAZIAN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>B.M. TRATE,<br><br>　　　　　Respondent. | 1:24-cv-00392-HBK (HC)<br><br>ORDER FINDING MOTION TO PROCEED *IN FORMA PAUERIS* MOOT<br><br>(Doc. No. 8) |

Petitioner, a prisoner proceeding pro se in this habeas corpus action, filed a motion seeking to proceed *in forma pauperis* on May 10, 2024. (Doc. No. 8). The Court authorized Petitioner to proceed *in forma pauperis* on April 4, 2024. (Doc. No. 4).

Accordingly, it is ORDERED:

Petitioner's motion to proceed *in forma pauperis* (Doc. No. 8) is denied as MOOT.

Dated:   May 13, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

1