UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL PAPAZIAN,<br><br>  Petitioner,<br><br>v.<br><br>B.M. TRATE,<br><br>  Respondent. | 1:24-cv-00392-HBK (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME<br><br>(Doc. No. 39) |

    Petitioner, a federal prisoner proceeding pro se and *in forma pauperis* in this habeas corpus action, filed a motion for extension of time docketed on May 21, 2025. (Doc. No. 39, "Motion"). Petitioner seeks a 30-day extension of time for two reasons: his unit was on lock down for 10 days, and his father recently passed away. (*Id*. at 2).

    Petitioner filed his Second Amended Petition on November 25, 2025. (Doc. No. 29, "SAP"). Respondent filed a Motion to Dismiss on February 18, 2025. (Doc. No. 33, "Motion'). On February 21, 2025, Petitioner was granted an extension of time to April 4, 2025 to file a response to the Motion. (Doc. No. 34). On March 6, 2025, Petitioner was granted an additional extension of time to May 21, 2025 to file a response to the Motion. (Doc. No. 36).

    For good cause shown, the Court will grant Petitioner one **final** extension of time to

1

respond to Respondent's Motion to Dismiss (Doc. No. 33).  Fed. R. Civ. P. 6(b)(1)(A).  Petitioner is advised that his opposition should be limited to the arguments raised by Respondent in its motion to dismiss, including that the SAP should be dismissed for Petitioner's failure to exhaust his administrative remedies.

Accordingly, it is **ORDERED**:

Petitioner shall deliver a response to Respondent's Motion to dismiss to correctional officials for mailing **no later than June 26, 2025**.  No further extensions of time will be granted.

Dated:   May 27, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE